# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOZETTE THOMAS,

                Plaintiff,

v.

SEMINOLE ELECTRIC COOPERATIVE,
INC.,

             Defendant.

Case No. 8:16-CV-3404-MSS-JSS

## DEFENDANT'S ITEMIZATION OF COSTS

I.     Fees for Subpoenas

    A.  Fee for subpoena of Dr. Jessica Rausch-Medina (10/9/17)     $40.00

    B.  Fee for subpoena of Julian Leon (10/9/17)     $40.00

    C.  Fee for subpoena of Crisis Center of Tampa Bay Corporate Rep (10/9/17) $40.00

    D.  Fee for subpoena of Dr. Jessica Rausch-Medina (8/20/18)     $40.00

    E.  Fee of subpoena of Julian Leon (8/20/17)     $40.00

    **Subtotal**     **$200.00**

II.    Fees for Court Reporter

    A.  Esquire Court Reporting
       (Depositions of Steven Saunders, Kelley Faircloth, Rishi Maharaj,
       John Phillips, and Rick Miller Parts I and II)     $3,044.50

    B.  First Choice Court Reporting
       (Depositions of Jozette Thomas, Julian Leon and Dr. Rausch-Medina)     $2,011.10

    **Subtotal**     **$5,055.60**

III.    Fees for Copies of Papers Necessarily Obtained for Use in this Case

    (1894 pages @ $0.10/page)     $189.40

**TOTAL**     **$5,445.00**

1

Respectfully submitted,

*/s/ Carly Wilson*

BRIAN KOJI
Florida Bar No. 0116297
CARLY WILSON
Florida Bar No. 118005
*Counsel for Defendant*

**ALLEN, NORTON & BLUE, P.A.**
Hyde Park Plaza-Suite 225
324 South Hyde Park Avenue
Tampa, FL 33606-4127
(813)251-1210
(813) 253-2005-Fax
Primary: bkoji@anblaw.com
            cwilson@anblaw.com
Secondary: amcclanahan@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Derek P. Usman, Esquire of THE USMAN LAW FIRM P.A., *[derek@usmanfirm.com]*, 14517 N. 18th Street, Tampa, Florida 33613.

*/s/ Carly Wilson*

ATTORNEY

2