# EXHIBIT 2

FJB LLC d/b/a Above The Rest Process Service
info@abovetherestprocess.com
P.O. Box 6367
Brandon, FL 33508-6007
Phone: (813) 344-8812
Fax: (813) 654-4391
30-0630965

## STATEMENT



Above The Rest Process Service
LLC

4/10/2018

Allen, Norton & Blue, PA
324 S. Hyde Park Avenue, Suite 225
Tampa, FL 33606

Phone: (813) 251-1210

Statement covers Unpaid Invoices issued 10/1/2017 through 3/31/2018.

| Invoice | Inv. Date | Job Number | Person Served | | Amount | Status |
|---|---|---|---|---|---|---|
| 2017001662 | 10/9/2017 | 2017001662 | RAUSCH-MEDINA, JESSICA G. | | 40.00 | PAST120 |
| JOZETTE THOMAS | | | | | | |
| SEMINOLE ELECTRIC COOPERATIVE, INC. | | | | | | |
| Case: 8:16-CV-3404-MSS-JSS | | Ref: | | | | |
| Service Fee (Local) | | | 1.00 | 40.00 | 40.00 | |
| 2017001690 | 10/9/2017 | 2017001690 | CRISIS CENTER OF TAMPA BAY | | 40.00 | PAST120 |
| JOZETTE THOMAS | | | | | | |
| SEMINOLE ELECTRIC COOPERATIVE, INC. | | | | | | |
| Case: 8:16-CV-3404-MSS-JSS | | Ref: (0407.024 ANB 361(T) | | | | |
| Service Fee (Local) | | | 1.00 | 40.00 | 40.00 | |
| 2017001692 | 10/9/2017 | 2017001692 | LEON, JULIAN | | 40.00 | PAST120 |
| JOZETTE THOMAS | | | | | | |
| SEMINOLE ELECTRIC COOPERATIVE, INC. | | | | | | |
| Case: 8:16-CV-3404-MSS-JSS | | Ref: (0407.024 ANB 361(T) | | | | |
| Service Fee (Local) | | | 1.00 | 40.00 | 40.00 | |

TOTAL CHARGES: $120.00
TOTAL PAYMENTS: $0.00

**TOTAL AMOUNT DUE:** **$120.00**

Current: $0.00   Past 30: $0.00   Past 60: $0.00   Past 90: $0.00   Past 120: $120.00

PLEASE PAY
AMOUNT 120.00
PAY TO ABTR Process Service
CHARGE 0407.024
FEE AM
(Signature)
DATE: 4/27/18

# INVOICE



**FJB LLC d/b/a Above The Rest Process Service**
info@abovetherestprocess.com
P.O. Box 6367
Brandon, FL 33508-6007
Phone: (813) 344-8812
Fax: (813) 654-4391
30-0630965

Above The Rest Process Service LLC

Invoice #ATR-2018000963
8/22/2018



Allen, Norton & Blue, PA
324 S. Hyde Park Avenue, Suite 225
Tampa, FL 33606

Reference Number: 2503.3004

**Case Number: 8:16-CV-3404-MSS-JSS**

Plaintiff:
**JOZETTE THOMAS**

Defendant:
**SEMINOLE ELECTRIC COOPERATIVE, INC.**

Received: 8/20/2018   Served: 8/21/2018 2:30 pm   SUBSTITUTE - RESIDENTIAL
To be served on: JULIAN LEON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| Witness Fee | 1.00 | 43.68 | 43.68 |
| **TOTAL CHARGED:** | | | **$83.68** |

**BALANCE DUE:**  $83.68

PLEASE PAY
AMOUNT: 83.68
PAY TO: Above the Rest Process
CHARGE: 0407.024
PER: AM (Signature)
DATE: 8/22/18

If you have already sent payment please disregard this Invoice. Include the invoice number on your check. Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# INVOICE

FJB LLC d/b/a Above The Rest Process Service
info@abovetherestprocess.com
P.O. Box 6367
Brandon, FL 33508-6007
Phone: (813) 344-8812
Fax: (813) 654-4391
30-0630965


Above The Rest Process Service LLC

Invoice #ATR-2018000962
8/22/2018



Allen, Norton & Blue, PA
324 S. Hyde Park Avenue, Suite 225
Tampa, FL 33606

Reference Number: 2503.3004

**Case Number: 8:16-CV-3404-MSS-JSS**

Plaintiff:
**JOZETTE THOMAS**

Defendant:
**SEMINOLE ELECTRIC COOPERATIVE, INC.**

Received: 8/20/2018   Served: 8/21/2018 2:20 pm  AUTHORIZED
To be served on: DR. JESSICA RAUSCH-MEDINA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| Witness Fee | 1.00 | 44.31 | 44.31 |
| TOTAL CHARGED: | | | $84.31 |

**BALANCE DUE:** $84.31

PLEASE PAY
AMOUNT: 84.31
PAY TO: Above the Rest Process
CHARGE: 0407.024
PER: AM
DATE: 8/22/18 (Signature)

If you have already sent payment please disregard this Invoice. Include the invoice number on your check. Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc - Process Server's Toolbox V6.5n



## Invoice INV1202976

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| Date | 4/3/2018 | Client Number | C00217 |
| Terms | Net 30 | Esquire Office | Tampa |
| Due Date | 5/3/2018 | Proceeding Type | Backorder |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**

Allen Norton & Blue - Tampa
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

**Services Provided For**

Allen Norton & Blue - Tampa
Koji, Brian
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/10/2017 | J1939120 | Tampa, FLORIDA | JOZETTE THOMAS VS. SEMINOLE ELECTRIC COOPERATIVE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Steven Saunders | 120 | 3.35 | 402.00 |
| EXHIBITS W/TABS | Steven Saunders | 35 | 0.50 | 17.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Steven Saunders | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN PACKET | Steven Saunders | 1 | 17.50 | 17.50 |
| HANDLING FEE | Steven Saunders | 1 | 0.00 | 0.00 |
| TRANSCRIPT - COPY-WI | Kelly Faircloth | 103 | 3.35 | 345.05 |
| EXHIBITS W/TABS | Kelly Faircloth | 50 | 0.50 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Kelly Faircloth | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN PACKET | Kelly Faircloth | 1 | 17.50 | 17.50 |
| HANDLING FEE | Kelly Faircloth | 1 | 0.00 | 0.00 |

PLEASE PAY
AMOUNT: 884.55
PAY TO: Esquire
CHARGE: 0407.024
PER: AM (Signature)
DATE 4/10/18

| | |
|---|---|
| Subtotal | 884.55 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 909.55 |
| Amount Due | $909.55 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Allen Norton & Blue - Tampa |
| Client # | C00217 |
| Invoice # | INV1202976 |
| Invoice Date | 4/3/2018 |
| Due Date | 5/3/2018 |
| Amount Due | $ 909.55 |



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV1204341**

| | | | |
|---|---|---|---|
| Date | 4/4/2018 | Client Number | C00217 |
| Terms | Net 30 | Esquire Office | Tampa |
| Due Date | 5/4/2018 | Proceeding Type | Backorder |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**
Allen Norton & Blue - Tampa
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

**Services Provided For**
Allen Norton & Blue - Tampa
Koji, Brian
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/11/2017 | J1939126 | Tampa, FLORIDA | JOZETTE THOMAS VS. SEMINOLE ELECTRIC COOPERATIVE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Richard Miller | 191 | 3.35 | 639.85 |
| CONDENSED TRANSCRIPT | Richard Miller | 1 | 16.00 | 16.00 |
| EXHIBITS W/TABS | Richard Miller | 73 | 0.50 | 36.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Richard Miller | 1 | 30.00 | 30.00 |
| HANDLING FEE | Richard Miller | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Richard Miller | 1 | 17.50 | 17.50 |

PLEASE PAY
AMOUNT: 739.85
PAY TO: Esquire
CHARGE: 0407.024
PER: AM (Signature)
DATE: 4/10/18

| | |
|---|---|
| Subtotal | 739.85 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 764.85 |
| Amount Due | $764.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Allen Norton & Blue - Tampa |
| Client # | C00217 |
| Invoice # | INV1204341 |
| Invoice Date | 4/4/2018 |
| Due Date | 5/4/2018 |
| Amount Due | $ 764.85 |



**ESQUIRE** DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV1205092**

| | |
|---|---|
| Date | 4/5/2018 |
| Terms | Net 30 |
| Due Date | 5/5/2018 |

| | |
|---|---|
| Client Number | C00217 |
| Esquire Office | Tampa |
| Proceeding Type | Backorder |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**

Allen Norton & Blue - Tampa
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

**Services Provided For**

Allen Norton & Blue - Tampa
Koji, Brian
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/19/2017 | J1939333 | Tampa, FLORIDA | JOZETTE THOMAS VS. SEMINOLE ELECTRIC COOPERATIVE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Richard Miller (Continued) | 114 | 3.35 | 381.90 |
| EXHIBITS W/TABS | Richard Miller (Continued) | 52 | 0.50 | 26.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Richard Miller (Continued) | 1 | 30.00 | 30.00 |
| HANDLING FEE | Richard Miller (Continued) | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Richard Miller (Continued) | 1 | 17.50 | 17.50 |

| | |
|---|---|
| Subtotal | 455.40 |
| Shipping Cost (FedEx) | 25.00 |
| Total | $480.40 |
| Amount Paid | 480.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Allen Norton & Blue - Tampa |
| Client # | C00217 |
| Invoice # | INV1205092 |
| Invoice Date | 4/5/2018 |
| Due Date | 5/5/2018 |
| Amount Due | $ 0.00 |



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV1200037**

| | | | |
|---|---|---|---|
| Date | 3/29/2018 | Client Number | C00217 |
| Terms | Net 30 | Esquire Office | Tampa |
| Due Date | 4/28/2018 | Proceeding Type | Backorder |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**
Allen Norton & Blue - Tampa
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

**Services Provided For**
Allen Norton & Blue - Tampa
Koji, Brian
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa FL 33606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/26/2017 | J1939011 | Tampa, FLORIDA | JOZETTE THOMAS VS. SEMINOLE ELECTRIC COOPERATIVE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | John Phillips | 114 | 3.35 | 381.90 |
| EXHIBITS W/TABS | John Phillips | 26 | 0.50 | 13.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | John Phillips | 1 | 30.00 | 30.00 |
| HANDLING FEE | John Phillips | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | John Phillips | 1 | 17.50 | 17.50 |
| TRANSCRIPT - COPY-WI | Rishi Maharaj | 108 | 3.35 | 361.80 |
| EXHIBITS W/TABS | Rishi Maharaj | 26 | 0.50 | 13.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Rishi Maharaj | 1 | 30.00 | 30.00 |
| HANDLING FEE | Rishi Maharaj | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN PACKET | Rishi Maharaj | 1 | 17.50 | 17.50 |

PLEASE PAY
AMOUNT: 864.70
PAY TO: Esquire
CHARGE: 0407.024
PER: AM (Signature)
DATE: 4/3/18

| | |
|---|---|
| Subtotal | 864.70 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 889.70 |
| **Amount Due** | **$889.70** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Allen Norton & Blue - Tampa |
| Client # | C00217 |
| Invoice # | INV1200037 |
| Invoice Date | 3/29/2018 |
| Due Date | 4/28/2018 |
| Amount Due | $ 889.70 |

# INVOICE

**First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 322701 | 9/8/2017 | 400492 |
| **Job Date** | **Case No.** ||
| 8/29/2017 | 816:CV 3404 MSS-JSS ||
| **Case Name** |||
| Thomas, Jozette vs Seminole Electric Cooperative, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

Brian Koji, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL 33606

Original Transcript&Index - REGULAR DELIVERY of:

| | | |
|---|---|---|
| Jozette Elayne Thomas | | 1,387.00 |
| Hourly | | 75.00 |
| Additional hours | 6.00 Hours | |
| Scanned/emailed Exhibit(s) | | |
| Electronic transcript | 136.00 Pages | |
| | **TOTAL DUE >>>** | **$1,462.00** |
| | AFTER 10/8/2017 PAY | $1,608.20 |

*(Stamped: PLEASE PAY AMOUNT: 1,462.00  PAY TO: First Choice 1.00  CHARGE: 0407.024  PER: AM (Signature)  DATE: 9/15/17)*

PAY ONLINE - Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees. The venue for disputes shall be filed in Orange County, FL where payment is due.

**Tax ID:** 59-347-3648

Phone: 813 251-1210   Fax:

*Please detach bottom portion and return with payment.*

Brian Koji, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL 33606

Remit To: **First-Choice Reporting Services, Inc.**
P.O. Box 865039
Orlando FL 32886-5039

| | |
|---|---|
| Job No. | : 400492    BU ID   : Tampa |
| Case No. | : 816:CV 3404 MSS-JSS |
| Case Name | : Thomas, Jozette vs Seminole Electric Cooperative, Inc. |
| Invoice No. | : 322701    Invoice Date : 9/8/2017 |
| **Total Due** | **: $ 1,462.00** |

AFTER 10/8/2017 PAY $1,608.20

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 344309 | 4/18/2018 | 410656 |
| **Job Date** | **Case No.** | |
| 12/20/2017 | 8:16-CV-3404-MSS-JSS | |

| Case Name |
|---|
| Thomas, Jozette vs Seminole Electric Cooperative, Inc. |

| Payment Terms |
|---|
| Due upon receipt |



**1st First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
www.firstchoicereporting.com  (407)767-8166 fax

Carly D. Wilson, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL  33606

---

Backordered Certified - Transcript&Index - REGULAR DELIVERY:
    Jessica G. Rausch, M.D.**           68.00 Pages        217.60
        Scanned/emailed  Exhibit(s)       28.00 Pages         7.00
        Electronic transcript                                                    0.00

                                               TOTAL DUE >>>        **$224.60**
                                               AFTER 5/18/2018  PAY     $247.06

PAY ONLINE -  Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement.  Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee.Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.  The venue for disputes shall be filed in Orange County, FL where payment is due.

                                      (-) Payments/Credits:      224.60
                                      (+) Finance Charges/Debits:    22.46
                                      (=) New Balance:             0.00

**Tax ID:** 59-347-3648                                                                           Phone: 813 251-1210     Fax:

*Please detach bottom portion and return with payment.*

---

Job No.      : 410656          BU ID      : Tampa2
Case No.    : 8:16-CV-3404-MSS-JSS
Case Name : Thomas, Jozette vs Seminole Electric
                  Cooperative, Inc.
Invoice No. : 344309         Invoice Date : 4/18/2018
**Total Due : $ 0.00**

Carly D. Wilson, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL  33606

Remit To: **First-Choice Reporting Services, Inc.**
               **P.O. Box 865039**
               **Orlando FL  32886-5039**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

**1st First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
www.firstchoicereporting.com (407) 767-8166 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 342183 | 3/28/2018 | 415579 |
| Job Date | Case No. | |
| 11/20/2017 | 8:16-CV-3404-MSS-JSS | |
| Case Name | | |
| Thomas, Jozette vs Seminole Electric Cooperative, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Brian Koji, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL 33606

Backordered Certified - Transcript&Index - REGULAR DELIVERY:

| | | | |
|---|---|---|---|
| Julian Leon* | 100.00 | Pages | 320.00 |
| Scanned/emailed Exhibit(s) | 18.00 | Pages | 4.50 |
| Electronic transcript | | | 0.00 |
| | | TOTAL DUE >>> | $324.50 |
| | | AFTER 4/27/2018 PAY | $356.95 |

PAY ONLINE - Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees. The venue for disputes shall be filed in Orange County, FL where payment is due.

AMOUNT: 324.50
PAY TO: First Choice
CHARGE: 0407.024
PER: AM (Signature)
DATE: 4/3/18

**Tax ID:** 59-347-3648

Phone: 813 251-1210   Fax:

*Please detach bottom portion and return with payment.*

Brian Koji, Esq.
Allen, Norton & Blue - TAF
324 S. Hyde Park Ave.
Ste. 225
Tampa FL 33606

Remit To: **First-Choice Reporting Services, Inc.**
**P.O. Box 865039**
**Orlando FL 32886-5039**

| | | | |
|---|---|---|---|
| Job No. | : 415579 | BU ID | : Tampa2 |
| Case No. | : 8:16-CV-3404-MSS-JSS | | |
| Case Name | : Thomas, Jozette vs Seminole Electric Cooperative, Inc. | | |
| Invoice No. | : 342183 | Invoice Date | : 3/28/2018 |
| **Total Due** | **: $ 324.50** | | |

AFTER 4/27/2018 PAY $356.95

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |