# ATTACHMENT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOZETTE THOMAS,

            Plaintiff,

v.

                                 Case No. 8:16-CV-3404-MSS-JSS

SEMINOLE ELECTRIC COOPERATIVE,
INC.,

            Defendant.

## AFFIDAVIT OF BRIAN KOJI

STATE OF FLORIDA        )
                             )
COUNTY OF HILLSBOROUGH  )

       I, BRIAN KOJI, do hereby depose and state the following:

       1.     I make this Affidavit in support of Seminole Electric Cooperative, Inc.'s Motion for Attorneys' Fees.

       2.     I am a shareholder in the firm of Allen, Norton & Blue, P.A. I am admitted to practice in the state courts of Florida, the United States Supreme Court, the United States Courts of Appeals for the Eleventh Circuit and the D.C. Circuit, the Court of Federal Claims, and the United States District Courts for the Middle, Southern and Northern Districts of Florida. I am board certified by the Florida Bar in the area of labor and employment law. I have practiced labor and employment law exclusively since being admitted to the Florida Bar in 1997, representing numerous public and private sector employers throughout Florida in labor and employment matters such as the instant case. I am familiar with the fees customarily charged for labor and employment cases in Florida.

1

3.     I am counsel of record for the Defendant in this action. The firm of Allen, Norton & Blue, P.A. practices exclusively in the area of labor and employment law defending employers. The firm has four offices in Florida, including Coral Gables, Tampa, Orlando and Tallahassee.

4.     In addition to myself, an associate of Allen, Norton & Blue, P.A., Carly Wilson assisted with the defense in this case. The services performed by this attorney were directed and supervised by me. Ms. Wilson is licensed to practice in the state of Florida and has exclusively practiced in the area of labor and employment law throughout her career. Ms. Wilson was admitted to practice in Florida in 2015.

5.     The firm's hourly rates charged to Seminole Electric for the defense in this matter are $324.00 per hour for shareholders and $216.00 per hour for associates.

6.     Based upon my knowledge and handling of this case, as well as a review of the firm billing records, Seminole Electric Cooperative, Inc. has incurred legal expenses from Allen, Norton, and Blue, P.A. for which it seeks an award in the amount of $145,472.60 in successfully defending this action brought by Jozette Thomas.  An itemization of the attorneys' fees incurred by Seminole Electric, the services performed by Allen, Norton & Blue, P.A., and the time spent in connection with each service is below.

7.     The costs and fees set forth in this affidavit and in the attached itemization represent actual time spent in litigating this matter and actual amounts billed and paid by Seminole Electric for its defense and the defense of its employees in this matter. The expenses incurred, the hourly rate and time spent in litigating this matter were necessary and reasonable given the nature of this matter and the customary rates charged for such matters.

8.     The following reasonable and necessary attorneys' fees were incurred and paid by Seminole Electric Cooperative Inc.  in the defense of this matter:

2

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 1. | 01/05/2017 | Extended phone conference with Tip English, Kelly Faircloth, and David Ferrentino re: response to Thomas complaint | BK | 1.00 | 312.00 |
| 2. | 01/05/2017 | Prepare draft Answer and Affirmative Defenses for Thomas complaint; Research EPA affirmative defenses and limitations issue for same | BK | 4.00 | 1248.00 |
| 3. | 01/06/2017 | Work on discovery and case management issues with CW for Jozette Thomas case | BK | 0.50 | 156.00 |
| 4. | 01/06/2017 | Review complaint and client documents and analyze status of case for preparation of discovery requests | CDW | 3.20 | 665.60 |
| 5. | 01/10/2017 | Review and analyze case filings and case management order issued by court prior to notice of appearance | CDW | 0.30 | 62.40 |
| 6. | 01/10/2017 | Review and analyze personnel files of alleged similarly situated employees to the Plaintiff | CDW | 2.80 | 582.40 |
| 7. | 01/10/2017 | Email with SECI re: Answer and Affirmative Defenses | BK | 0.10 | 31.20 |
| 8. | 01/11/2017 | Review trial order and previously filed docket information prior to appearance, draft certificate of interested persons | CDW | 2.40 | 499.20 |
| 9. | 01/12/2017 | Review personnel files for comparators for the purposes of drafting pertinent discovery requests | CDW | 1.90 | 395.20 |
| 10. | 01/13/2017 | Draft case management report, first request for production and first set of interrogatories to the plaintiff for filing | CDW | 4.20 | 873.60 |
| 11. | 01/19/2017 | Review court orders and pleadings to confirm compliance with deadlines | CDW | 0.30 | 62.40 |
| 12. | 01/19/2017 | Revise case management report, Certificate of Interested Persons and discovery requests | CDW | 3.90 | 811.20 |
| 13. | 01/19/2017 | Draft, review and revise document requests and interrogatories to Plaintiff; Revise draft case management report and Certificate of Interested Persons | BK | 2.00 | 624.00 |

3

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 14. | 01/20/2017 | Review email from client and reservation of rights letter | BK | 0.50 | 156.00 |
| 15. | 01/24/2017 | Phone call and correspondence with opposing counsel regarding case management conference | CDW | 0.20 | 41.60 |
| 16. | 01/26/2017 | Prepare Case Outline and emails with Chad McCarl re: witness interviews | BK | 4.00 | 1248.00 |
| 17. | 01/27/2017 | Review documentation from client and prepare Case Outline and witness outlines in preparation for meeting with employee witnesses; Prepare list of documents needed from SECI; Emails with Chad McCarl re: witness interviews | BK | 8.00 | 2496.00 |
| 18. | 02/01/2017 | Attend and handle witness interviews of Saunders, Miller, Faircloth, Maharaj, Barfield, Anderson, Simmons, English, and McCarl and prepare for same | BK | 8.50 | 2652.00 |
| 19. | 02/02/2017 | Correspondence with Chad M. and David F. re: additional documentation needed in light of witness interviews; Discussions with CW re: initial report | BK | 1.00 | 312.00 |
| 20. | 02/07/2017 | Case Management report in person meeting with opposing counsel, as required by local rules | CDW | 0.10 | 20.80 |
| 21. | 02/07/2017 | Draft litigation hold letter, review organizational charts provided by client | CDW | 0.90 | 187.20 |
| 22. | 02/09/2017 | Review and revise written discovery; Review organizational charts forwarded by SECI and email re: same; Emails with SECI and with Dustin Konigsberg re: status update | BK | 1.00 | 312.00 |
| 23. | 02/17/2017 | Review Plaintiff's medical file from SECI; Email correspondence with Kelly Faircloth re: interview of co-worker John Phillips | BK | 0.50 | 156.00 |
| 24. | 02/21/2017 | Review and analyze documents provided by client for relevance in litigation | CDW | 2.10 | 436.80 |
| 25. | 02/21/2017 | Attend and handle interview of Plaintiff's co-worker John Phillips and prepare for same | BK | 2.25 | 702.00 |

4

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 26. | 02/24/2017 | Review Scheduling Order and email correspondence to clients re: same | BK | 1.00 | 312.00 |
| 27. | 02/27/2017 | Draft initial disclosures pursuant to case management scheduling order; Review case management scheduling order requirements | CDW | 2.70 | 561.60 |
| 28. | 02/28/2017 | Review case file to revise and finalize initial disclosures for service upon opposing counsel | CDW | 0.50 | 104.00 |
| 29. | 02/28/2017 | Review initial disclosures filed by opposing counsel with individuals and documents relevant to the case. | CDW | 0.10 | 20.80 |
| 30. | 02/28/2017 | Review Rule 26 initial disclosures and email to SECI re: same | BK | 0.30 | 93.60 |
| 31. | 03/01/2017 | Correspondence with opposing counsel, review and revise subpoenas duces tecum, HIPAA forms and notices to treating medical providers identified in Plaintiff's initial disclosures | CDW | 0.60 | 124.80 |
| 32. | 03/01/2017 | Review Plaintiff's initial disclosures and email to SECI re: same | BK | 0.30 | 93.60 |
| 33. | 03/02/2017 | Review documents provided by client, revise litigation hold letter | CDW | 0.30 | 62.40 |
| 34. | 03/03/2017 | Correspondence with opposing counsel regarding HIPAA forms and doctor records requests | CDW | 0.10 | 20.80 |
| 35. | 03/08/2017 | Review case management order, correspondence with opposing counsel regarding dates for mediation, | CDW | 0.20 | 41.60 |
| 36. | 03/08/2017 | Phone conference with David Ferrentino re: synopsis of facts, risks, strengths for Board meeting; Emails with clients re: mediation | BK | 0.50 | 156.00 |
| 37. | 03/14/2017 | Discuss subpoena to Plaintiff's medical provider with CW and communications with opposing counsel re: same | BK | 0.20 | 62.40 |
| 38. | 03/14/2017 | Strategy analysis regarding medical records request and correspondence with opposing counsel regarding HIPAA form | CDW | 0.50 | 104.00 |

5

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | and mediation | | | |
| 39. | 03/17/2017 | Correspondence with opposing counsel regarding mediators and HIPAA forms | CDW | 0.20 | 41.60 |
| 40. | 03/20/2017 | Review and analyze Plaintiff's discovery responses | CDW | 2.10 | 436.80 |
| 41. | 03/20/2017 | Review and analyze Plaintiff's interrogatory and document request responses; Email correspondence to clients re: same | BK | 0.50 | 156.00 |
| 42. | 03/22/2017 | Review additional documents produced by SECI in response to Plaintiff's RTP response | BK | 0.50 | 156.00 |
| 43. | 03/22/2017 | Review documents relating to Shannon Chouinard provided by client | CDW | 0.50 | 104.00 |
| 44. | 03/27/2017 | Phone call regarding coordination of mediator selection | CDW | 0.10 | 20.80 |
| 45. | 03/30/2017 | Update case outline with information pertinent to Shannon Chouinard and Debra Anderson dispute | CDW | 0.40 | 83.20 |
| 46. | 03/31/2017 | Confirm mediation scheduling and finalize joint notice of mediation with opposing counsel | CDW | 0.30 | 62.40 |
| 47. | 04/04/2017 | Email correspondence with Dustin Konigsberg re: mediation and email correspondence with SECI re: same; Email with SECI re: follow-up on Plaintiff's discovery responses | BK | 0.20 | 62.40 |
| 48. | 04/05/2017 | Review email correspondence from opposing counsel re: subpoenas to doctors and discuss with CW | BK | 0.30 | 93.60 |
| 49. | 04/05/2017 | Confer regarding Plaintiff's objections to subpoenas, potential for prejudicial/irrelevant information and confidentiality agreement, correspondence with Plaintiff's counsel | CDW | 0.30 | 62.40 |
| 50. | 04/06/2017 | Phone call with client regarding discovery responses and additional interviews, correspondence with opposing counsel | CDW | 1.20 | 249.60 |

6

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|-----|------|-----------|----------|-------|------|
| 51. | 04/07/2017 | Phone call with Crisis Center regarding subpoena; Confer with opposing counsel regarding subpoena, records and potential motion to quash; Correspondence with opposing counsel regarding the same | CDW | 0.60 | 124.80 |
| 52. | 04/10/2017 | Review floor plan cubicle layout of Plaintiff's former office space and email from Chad M. re: same | BK | 0.10 | 31.20 |
| 53. | 04/12/2017 | Review Plaintiff's motion to quash subpoena, Discuss with CW and discuss Confidentiality Agmt; Email with clients re: Plaintiff's motion to quash | BK | 0.50 | 156.00 |
| 54. | 04/12/2017 | Review and analyze motion to quash filed by opposing counsel, review supplemental discovery responses | CDW | 0.50 | 104.00 |
| 55. | 04/19/2017 | Review current documents for preparing responses to Plaintiff's discovery | CDW | 1.10 | 228.80 |
| 56. | 04/19/2017 | Review and analyze interrogatory questions and document requests received from opposing counsel; Discuss with CW; Email correspondence with SECI re: same | BK | 1.00 | 312.00 |
| 57. | 04/25/2017 | Research case law relevant to Plaintiff's Motion to Quash | CDW | 2.50 | 520.00 |
| 58. | 04/25/2017 | Draft response to Motion to Quash | CDW | 2.50 | 520.00 |
| 59. | 04/26/2017 | Draft, review and revise response to Motion for Protective Order | CDW | 2.00 | 416.00 |
| 60. | 04/26/2017 | Review Response to Motion to Quash | BK | 0.30 | 93.60 |
| 61. | 05/02/2017 | Review history status for employees at SECI for relevant information relating to Jozette Thomas | CDW | 2.10 | 436.80 |
| 62. | 05/03/2017 | Draft responses to written interrogatories and requests to produce | CDW | 3.60 | 748.80 |
| 63. | 05/03/2017 | Phone conference with David Ferrentino re: discovery documents, case status, and strategy for depositions | BK | 0.50 | 156.00 |
| 64. | 05/11/2017 | Review discovery requests and responses from plaintiff in preparation of follow-up employee interviews | BK | 0.50 | 156.00 |
| 65. | 05/11/2017 | Work on interrogatory responses | BK | 0.50 | 156.00 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 66. | 05/11/2017 | Draft and revise responses and objections to first requests to produce and first set of interrogatories | CDW | 3.80 | 790.40 |
| 67. | 05/12/2017 | Conduct witness interviews with Rick Miller, Steve Saunders, Chad McCarl, David Ferrentino, Tom Turk, and John Valles | BK | 3.50 | 1092.00 |
| 68. | 05/15/2017 | Work on responses to interrogatories | BK | 0.50 | 156.00 |
| 69. | 05/16/2017 | Revise discovery responses and objections with additional documents provided by client | CDW | 1.00 | 208.00 |
| 70. | 05/17/2017 | Review documents provided in response to FOIA request from EEOC | CDW | 0.50 | 104.00 |
| 71. | 05/19/2017 | Review additional documents provided by client for use in discovery responses | CDW | 0.40 | 83.20 |
| 72. | 05/19/2017 | Review additional documentation and chronology prepared and produced by Rick Miller | BK | 1.00 | 312.00 |
| 73. | 05/19/2017 | Work on interrogatory responses | BK | 1.00 | 312.00 |
| 74. | 05/20/2017 | Revise responses to discovery requests | CDW | 1.80 | 374.40 |
| 75. | 05/23/2017 | Review documents intended for production in response to discovery requests | CDW | 2.50 | 520.00 |
| 76. | 05/31/2017 | Draft and review discovery responses to Plaintiff's requests | CDW | 3.40 | 707.20 |
| 77. | 05/31/2017 | Work on interrogatory responses | BK | 2.00 | 624.00 |
| 78. | 06/01/2017 | Review and revise edits of discovery responses | CDW | 0.30 | 62.40 |
| 79. | 06/02/2017 | Draft and revise responses and objections to Plaintiff's first requests for production and first set of interrogatories | CDW | 2.20 | 457.60 |
| 80. | 06/02/2017 | Work on responses to interrogatories and objections; Email with client re: same | BK | 2.50 | 780.00 |
| 81. | 06/04/2017 | Review and select documents for production in conjunction with discovery responses | CDW | 1.50 | 312.00 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 82. | 06/05/2017 | Review, analyze and coordinate client documents for relevancy to requests to produce | CDW | 1.30 | 270.40 |
| 83. | 06/05/2017 | Phone conference with Chad McCarl re: interrogatory responses | BK | 0.20 | 62.40 |
| 84. | 06/05/2017 | Phone conference with David Ferrentino re: interrogatory responses | BK | 0.50 | 156.00 |
| 85. | 06/05/2017 | Revise interrogatory responses per Ferrentino and McCarl input | BK | 0.50 | 156.00 |
| 86. | 06/06/2017 | Review Court's Order on Plaintiff's motion for protective order | BK | 0.30 | 93.60 |
| 87. | 06/06/2017 | Review order granting in part and denying in part Plaintiff's motion to compel | CDW | 0.30 | 62.40 |
| 88. | 06/07/2017 | Email correspondence with Chad M. and David F. re: Court order denying motion to quash | BK | 0.20 | 62.40 |
| 89. | 06/09/2017 | Finalize interrogatory responses | BK | 0.30 | 93.60 |
| 90. | 06/09/2017 | Email correspondence with Dustin Konigsberg re: status update regarding discovery and order on motion to quash subpoena | BK | 0.50 | 156.00 |
| 91. | 06/09/2017 | Organize and prepare documents for production in response to Plaintiff's First Request for Production of Documents; prepare correspondence to Plaintiff's counsel re same | TC | 1.10 | 99.00 |
| 92. | 06/09/2017 | Review and finalize document production in response to discovery | CDW | 2.60 | 540.80 |
| 93. | 07/06/2017 | Phone conference with SECI counsel David Ferrentino re: status update, discovery issues and depositions | BK | 0.30 | 93.60 |
| 94. | 07/06/2017 | Email communication with clients re: depositions of Plaintiff, Miller, Saunders, and Faircloth | BK | 0.10 | 31.20 |
| 95. | 07/06/2017 | Communication with opposing counsel regarding deposition preferences | CDW | 0.10 | 20.80 |
| 96. | 07/12/2017 | Several emails with Chad and David re: depositions of Plaintiff, Miller, Saunders and Faircloth and preparation for same | BK | 0.40 | 124.80 |

9

| No. | Date | Narrative | Attorney | Hours | Cost |
|-----|------|-----------|----------|-------|------|
| 97. | 07/17/2017 | Correspondence with opposing counsel regarding mediation and depositions | CDW | 0.10 | 20.80 |
| 98. | 07/20/2017 | Emails with clients and opposing counsel re: mediation | BK | 0.20 | 62.40 |
| 99. | 07/20/2017 | Review notice of mediation and Court order regarding same | CDW | 0.10 | 20.80 |
| 100. | 07/22/2017 | Correspondence with opposing counsel regarding depositions and additional SECI employee witnesses | CDW | 0.10 | 20.80 |
| 101. | 07/24/2017 | Correspondence with opposing counsel, review notices served | CDW | 0.10 | 20.80 |
| 102. | 07/24/2017 | Email correspondence with clients re: depositions and preparation for same | BK | 0.20 | 62.40 |
| 103. | 07/25/2017 | Call with opposing counsel regarding deposition particulars and mediation | CDW | 0.10 | 20.80 |
| 104. | 08/04/2017 | Review and analyze medical records produced by Thomas' attorney | BK | 3.00 | 936.00 |
| 105. | 08/04/2017 | Review and analyze medical records provided by opposing counsel, correspondence with opposing counsel regarding the same | CDW | 3.10 | 644.80 |
| 106. | 08/04/2017 | Compile timeline including Plaintiff's doctors visits and reported issues regarding her job and her FMLA leave | CDW | 2.10 | 436.80 |
| 107. | 08/07/2017 | Phone call with client regarding deposition scheduling, retention of an expert, and medical records for plaintiff, follow up with opposing counsel, research treating physician history as expert and plaintiff's MVA involvement | CDW | 3.40 | 707.20 |
| 108. | 08/07/2017 | Extended conference call with Client re: medical records, expert discovery, depositions; Follow-up call with Chad re: Plaintiff's medical records | BK | 1.50 | 468.00 |
| 109. | 08/08/2017 | Phone call with client and opposing counsel regarding additional depositions | CDW | 0.20 | 41.60 |
| 110. | 08/08/2017 | Review client documents and documents providing by opposing counsel and prepare outline for plaintiff's deposition | CDW | 2.90 | 603.20 |

10

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 111. | 08/09/2017 | Phone calls with opposing counsel and client regarding depositions, draft of deposition outline | CDW | 0.80 | 166.40 |
| 112. | 08/09/2017 | Review pleadings, documents and plaintiff's production to outline plaintiff's deposition | CDW | 2.50 | 520.00 |
| 113. | 08/14/2017 | Review documents and pleadings and draft deposition outline for Plaintiff's deposition | CDW | 3.90 | 811.20 |
| 114. | 08/15/2017 | Review amended notices of deposition and correspondence with opposing counsel regarding the same | CDW | 0.10 | 20.80 |
| 115. | 08/16/2017 | Review docket and court records regarding Plaintiff's motor vehicle accident | CDW | 0.30 | 62.40 |
| 116. | 08/16/2017 | Email correspondence with Chad McCarl re: Plaintiff's former supervisor as witness and possible deposition | BK | 0.10 | 31.20 |
| 117. | 08/18/2017 | Pull relevant documents for deposition of Plaintiff and upcoming depositions of witnesses including current employees | CDW | 1.00 | 208.00 |
| 118. | 08/22/2017 | Draft deposition outline for plaintiff | CDW | 2.10 | 436.80 |
| 119. | 08/28/2017 | Prepare for Thomas deposition | BK | 1.50 | 468.00 |
| 120. | 08/29/2017 | Attend and handle Plaintiff's deposition and prepare for same | BK | 7.50 | 2340.00 |
| 121. | 08/29/2017 | Revise medical records questions for review in deposition, review additional policies for use in deposition, post-deposition follow up regarding records, emails and school district documents | CDW | 2.90 | 603.20 |
| 122. | 08/30/2017 | Phone call with in-house counsel regarding strategy for experts, upcoming document requests, | CDW | 1.00 | 208.00 |
| 123. | 08/30/2017 | Review numerous emails uncovered by SECI and produced in response to Plaintiff's deposition | BK | 1.50 | 468.00 |
| 124. | 08/31/2017 | Review letter from mediator Mark Hanley, public records request to | CDW | 0.50 | 104.00 |

11

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | Hillsborough County School Board regarding her current employment, correspondence with opposing counsel regarding document production and prior requests to produce | | | |
| 125. | 09/01/2017 | Review additional information from client re: Plaintiff emails and discuss strategy and need for possible IT expert | BK | 0.50 | 156.00 |
| 126. | 09/08/2017 | Public records request regarding school board employment for the plaintiff, specifying benefits and wage information | CDW | 0.20 | 41.60 |
| 127. | 09/11/2017 | Correspondence with opposing counsel regarding discovery request follow up | CDW | 0.10 | 20.80 |
| 128. | 09/12/2017 | Correspondence with opposing counsel re: additional discovery | CDW | 0.10 | 20.80 |
| 129. | 09/13/2017 | Correspondence with physicians for discovery | CDW | 0.20 | 41.60 |
| 130. | 09/13/2017 | Revise correspondence with crisis center regarding Dr. Lubranovich | CDW | 0.20 | 41.60 |
| 131. | 09/19/2017 | Review client documents and pleadings and draft outlines and compile documents for witness preparation | CDW | 2.00 | 416.00 |
| 132. | 09/20/2017 | Phone call with Adam Sharp of E-Hounds regarding expert consultation in case and review of contract regarding same | CDW | 0.30 | 62.40 |
| 133. | 09/20/2017 | Meet with witnesses for deposition preparation (Rick Miller, Steve Saunders, Kelly Faircloth, Rishi Maharaj, and John Phillips) and review documents in prepration for same; Meet with Chad McCarl and Shayla McNeill re: discussion of depositions and potential expert | BK | 6.50 | 2028.00 |
| 134. | 09/21/2017 | Phone call with Dr. Rausch's office regarding deposition, corespondence with opposing counsel following up on discovery; strategy analysis regarding potential spoilation claims for emails allegedly lost | CDW | 0.60 | 124.80 |
| 135. | 09/22/2017 | Review and revise correspondence with Plaintiff's doctors regarding subpoenas | CDW | 0.40 | 83.20 |

12

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 136. | 09/25/2017 | Email communications with SECI re: Rishi Maharaj deposition attendance at Phillips deposition | BK | 0.10 | 31.20 |
| 137. | 09/26/2017 | Attend and handle depositions of Rishi Maharaj and John Phillips and meet with clients to discuss upcoming depositions and expert issue | BK | 6.50 | 2028.00 |
| 138. | 09/26/2017 | Phone call with potential expert witness regarding services, quotes and work entailed, strategy meeting regarding Phillips and Maharaj depositions | CDW | 0.80 | 166.40 |
| 139. | 09/26/2017 | Review John Phillips file for 2012-2013 performance review, review performance review | CDW | 0.40 | 83.20 |
| 140. | 09/27/2017 | Analyze current discovery status and upcoming deadlines for preparation for mediation, expert witnesses, and medical depositions | CDW | 1.00 | 208.00 |
| 141. | 09/27/2017 | Work on MSJ arguments with CW in light of deposition testimony and Plaintiff's line or argument | BK | 0.50 | 156.00 |
| 142. | 09/28/2017 | Phone conference with Maritza re: upcoming depositions | BK | 0.10 | 31.20 |
| 143. | 09/28/2017 | Draft pre-mediation summary including additional deposed witness statements | CDW | 2.10 | 436.80 |
| 144. | 09/29/2017 | Draft additional witness subpoenas for corporate representatives with medical information pertinent to Plaintiff | CDW | 0.80 | 166.40 |
| 145. | 09/29/2017 | Email correspondence with David Ferrentino re: spoliation issue pertaining to Plaintiff's home emails | BK | 0.20 | 62.40 |
| 146. | 10/02/2017 | Draft subpoenas and notices of deposition for corporate representative with specific medical testimony | CDW | 1.40 | 291.20 |
| 147. | 10/03/2017 | Call with client regarding experts, upcoming depositions and medical records | CDW | 0.40 | 83.20 |
| 148. | 10/03/2017 | Extended call with David Ferrentino and CW re: Saunders, Faircloth, and Miller depositions and expert issues | BK | 0.50 | 156.00 |

13

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 149. | 10/04/2017 | Call with expert regarding services, revise deposition information for corporate representative | CDW | 0.70 | 145.60 |
| 150. | 10/04/2017 | Review file and prepare additional discovery requests in advance of Defendant witness depositions. Review documentation for depositions of SECI employees | CDW | 1.90 | 395.20 |
| 151. | 10/05/2017 | Phone call with opposing counsel regarding depositions | CDW | 0.10 | 20.80 |
| 152. | 10/05/2017 | Review and revise subpoena and correspondence to Julian Leon | CDW | 0.20 | 41.60 |
| 153. | 10/06/2017 | Correspondence with opposing counsel, review produced documents, review third party documents provided by school board in response to public records request | CDW | 1.00 | 208.00 |
| 154. | 10/09/2017 | Correspondence with opposing counsel regarding performance reviews | CDW | 0.10 | 20.80 |
| 155. | 10/10/2017 | Attend and handle depositions of Kelly Faircloth and Steve Saunders; Meet with client to discuss same | BK | 6.50 | 2028.00 |
| 156. | 10/11/2017 | Attend and handle deposition of Rick Miller and discuss same with David F. and Chad M. | BK | 5.50 | 1716.00 |
| 157. | 10/11/2017 | Meeting with witness prior to deposition regarding areas of concern | CDW | 0.30 | 62.40 |
| 158. | 10/11/2017 | Review deposition outlines and draft mediation report assessing liability | CDW | 3.10 | 644.80 |
| 159. | 10/12/2017 | Review records from opposing party and clients and review deposition notes to draft summaries and recommendation for mediation | CDW | 6.50 | 1352.00 |
| 160. | 10/12/2017 | Email correspondence with Rick Miller deposition continuation | BK | 0.10 | 31.20 |
| 161. | 10/12/2017 | Review documents produced by Third Party (School Board) re: Thomas employment | BK | 0.50 | 156.00 |
| 162. | 10/17/2017 | Revise AIG mediation report, correspondence with client regarding | CDW | 1.20 | 249.60 |

14

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | expert retention, correspondence with expert regarding purposes of report, analyze Julian Leon deposition considerations in light of his medical information. | | | |
| 163. | 10/19/2017 | Handle continuation of Miller deposition; Discussion with Chad McCarl and with CW re: same | BK | 3.00 | 936.00 |
| 164. | 10/19/2017 | Call with Julian Leon regarding medical conflicts, review deposition exhibits from Rick Miller's continued deposition | CDW | 0.30 | 62.40 |
| 165. | 10/19/2017 | Correspondence with expert regarding coordinating meeting times | CDW | 0.10 | 20.80 |
| 166. | 10/23/2017 | Correspondence regarding expert visit and report, phone call with expert regarding specifics, correspondence with opposing counsel regarding mediation changes | CDW | 0.30 | 62.40 |
| 167. | 10/23/2017 | Phone conference with David Ferrentino re: IT expert and mediation issue | BK | 0.50 | 156.00 |
| 168. | 10/24/2017 | Compile inappropriate emails sent by Plaintiff, meeting with client and expert for preparing report, compiling server emails | CDW | 4.30 | 894.40 |
| 169. | 10/25/2017 | Phone call with Dwayne Denny regarding preliminary expert findings | CDW | 0.10 | 20.80 |
| 170. | 10/27/2017 | Call with opposing counsel and correspondence with expert regarding additional keyword searches | CDW | 0.10 | 20.80 |
| 171. | 10/27/2017 | Draft subpoena duces tecum and accompanying notices pursuant to Middle District rules, for online training materials from Thomas, Call opposing counsel regarding mediation scheduling | CDW | 0.90 | 187.20 |
| 172. | 10/31/2017 | Phone call and follow up correspondencewith opposing counsel regarding mediation scheduling and upcoming deposition | CDW | 0.10 | 20.80 |
| 173. | 10/31/2017 | Correspondence with opposing counsel regarding mediation and depositions | CDW | 0.10 | 20.80 |
| 174. | 10/31/2017 | Emails with clients re: mediation | BK | 0.10 | 31.20 |

15

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 175. | 11/02/2017 | Email correspondence with clients re: mediation and discuss expert issues with CW | BK | 0.20 | 62.40 |
| 176. | 11/02/2017 | Phone call with Julian Leon regarding scheduling deposition, correspondence with client regarding the same; Review scheduling order and federal rules regarding experts, correspondence with expert regarding report | CDW | 0.50 | 104.00 |
| 177. | 11/03/2017 | Correspondence with opposing counsel regarding deposition of third party witness | CDW | 0.10 | 20.80 |
| 178. | 11/03/2017 | Phone call with expert witness regarding report requirements and draft | CDW | 0.20 | 41.60 |
| 179. | 11/03/2017 | Several emails with clients and with opposing counsel re: mediation and expert issues; phone conference with Maritza D. re: same | BK | 0.80 | 249.60 |
| 180. | 11/05/2017 | Review expert report and accompanying exhibits | CDW | 0.70 | 145.60 |
| 181. | 11/06/2017 | Phone calls with expert witness regarding finalizing report, review finalized report, draft amended initial disclosure, revise notice of deposition for Julian Leon, draft letter to Julian Leon regarding updated deposition time, correspondence with client regarding same, production of report to appropriate parties | CDW | 3.40 | 707.20 |
| 182. | 11/06/2017 | Review expert report and relevant emails recovered from plaintiff's email | BK | 0.80 | 249.60 |
| 183. | 11/06/2017 | Prepare Expert Report and Exhibit for production to Plaintiff's counsel; confer with CDW re same; prepare correspondence to Mr. Usman re same | TC | 0.60 | 54.00 |
| 184. | 11/07/2017 | Prepare correspondence to clients re Expert Report and Exhibits; confer with CDW and BK re same | TC | 0.40 | 36.00 |
| 185. | 11/08/2017 | Call with Julian Leon regarding need to move deposition; revise notice of deposition, correspondence with clients regarding same | CDW | 0.20 | 41.60 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 186. | 11/09/2017 | Call with client regarding scheduling mediation dates | CDW | 0.10 | 20.80 |
| 187. | 11/13/2017 | Call with Crisis Center, phone call and correspondence with opposing counsel regarding mediation | CDW | 0.20 | 41.60 |
| 188. | 11/14/2017 | Correspondence with opposing counsel regarding mediation, draft amended notice of mediation | CDW | 0.30 | 62.40 |
| 189. | 11/16/2017 | Review client documents and discovery responses in preparation for deposition of Julian Leon | CDW | 1.40 | 291.20 |
| 190. | 11/17/2017 | Review status of case, send out subpoena duces tecum for training information | CDW | 0.20 | 41.60 |
| 191. | 11/17/2017 | Prepare for Leon deposition with CW | BK | 0.50 | 156.00 |
| 192. | 11/18/2017 | Review client documents, pleadings and plaintiff's production and draft outline of deposition topics and questions | CDW | 2.50 | 520.00 |
| 193. | 11/20/2017 | Prepare for deposition of Julian Leon, review deposition outline and accompanying documents, attend deposition of Leon and discuss issues with client following deposition | CDW | 5.80 | 1206.40 |
| 194. | 11/20/2017 | Deposition of Julian Leon and discuss same with client and prepare for same | BK | 3.50 | 1092.00 |
| 195. | 11/21/2017 | Discuss motions in limine topics and deadlines | CDW | 0.30 | 62.40 |
| 196. | 11/27/2017 | Call with representative from the Crisis Center; Review of rules regarding subpoenas | CDW | 0.60 | 124.80 |
| 197. | 11/27/2017 | Review correspondence from mediator and communication with clients re: same | BK | 0.30 | 93.60 |
| 198. | 11/30/2017 | Call with Meredith Grau regarding subpoena | CDW | 0.10 | 20.80 |
| 199. | 11/30/2017 | Review documents provided by third party training center with respect to Thomas' training | CDW | 0.30 | 62.40 |
| 200. | 12/01/2017 | Review third party documents to determine production, correspondence | CDW | 0.30 | 62.40 |

17

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | with opposing counsel | | | |
| 201. | 12/04/2017 | Communication with client regarding discovery; correspondence with doctor's office regarding fees for depositions | CDW | 0.20 | 41.60 |
| 202. | 12/05/2017 | Call with Meredith Grau regarding Crisis Center | CDW | 0.10 | 20.80 |
| 203. | 12/05/2017 | Review subpoenas and discovery history for Crisis Center and draft motion to compel attendance at deposition | CDW | 3.10 | 644.80 |
| 204. | 12/05/2017 | Review notebooks provided by client regarding Thomas's notes at work | CDW | 1.20 | 249.60 |
| 205. | 12/06/2017 | Correspondence regarding deposition of doctor and fees associate therewith | CDW | 0.10 | 20.80 |
| 206. | 12/06/2017 | Correspondence with opposing counsel regarding motion to compel; Call with opposing counsel, draft certificate of lack of opposition | CDW | 0.40 | 83.20 |
| 207. | 12/06/2017 | Review additional notebook pages provided by Defendant for information relevant to Plaintiff's claims and prepare for production to opposing counsel | CDW | 1.50 | 312.00 |
| 208. | 12/07/2017 | Draft supplemental discovery response for additional production | CDW | 0.10 | 20.80 |
| 209. | 12/12/2017 | Review Order issued by court regarding motion to compel; correspondence to crisis center regarding same; Call with crisis center | CDW | 0.60 | 124.80 |
| 210. | 12/19/2017 | Review medical records and prepare outline for deposition of Crisis Center representative | CDW | 2.10 | 436.80 |
| 211. | 12/19/2017 | Review timeline of case events and doctor's progress notes relative to timeline to prepare outline and exhibits for depositions of Crisis Center representative and Dr. Rausch, primary care psychiatrist for the plaintiff | CDW | 6.50 | 1352.00 |
| 212. | 12/20/2017 | Deposition of Crisis Center Representative Meredith Grau; Review prior discovery requests and court order | CDW | 6.10 | 1268.80 |

18

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | and draft letter to Crisis Center regarding document production in response to subpoenas; prepare for and take deposition of Dr. Rausch, primary psychiatrist for Plaintiff | | | |
| 213. | 01/02/2018 | Review mediation statement and plan for upcoming mediation | BK | 0.40 | 129.60 |
| 214. | 01/05/2018 | Correspondence with counsel regarding Crisis Center documents and December 2017 letter following up on subpoena | CDW | 0.20 | 43.20 |
| 215. | 01/12/2018 | Call with opposing counsel regarding documents | CDW | 0.90 | 194.40 |
| 216. | 01/12/2018 | Email correspondence with clients re: mediation strategy; Review additional documents produced by Crisis Center | BK | 0.30 | 97.20 |
| 217. | 01/18/2018 | Extended call with Dustin K., David F., and CW re: mediation recommendation and strategy | BK | 0.70 | 226.80 |
| 218. | 01/24/2018 | Phone conference with David Ferrentino and Shayla McNeil re: Thomas mediation and Kelly Faircloth impact; Email to Dustin Konigsberg re: same | BK | 0.60 | 194.40 |
| 219. | 01/25/2018 | Attend and handle mediation and prepare for same; Communication with Dustin K. re: same | BK | 2.50 | 810.00 |
| 220. | 01/29/2018 | Research substantive case law for motion for summary judgment | CDW | 3.10 | 669.60 |
| 221. | 01/29/2018 | Review and annotate deposition of the Plaintiff and Plaintiff's complaint and discovery responses in preparation for motion for summary judgment | CDW | 3.80 | 820.80 |
| 222. | 03/01/2018 | Research severe and pervasive standard for Title VII sexual harassment and Title VII reporting procedures | CDW | 2.10 | 453.60 |
| 223. | 03/02/2018 | Research servere and pervasive standard for sexual harassment, favorable case law for ADEA and EPA | CDW | 4.00 | 864.00 |
| 224. | 03/02/2018 | Work on Motion for Summary Judgment | BK | 3.00 | 972.00 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 225. | 03/03/2018 | Work on Motion for Summary Judgment | BK | 4.00 | 1296.00 |
| 226. | 03/04/2018 | Work on Motion for Summary Judgment and supporting affidavits and research for same | BK | 10.00 | 3240.00 |
| 227. | 03/05/2018 | Finalize Motion for Summary Judgment draft and affidavits; Email to clients re: same | BK | 5.00 | 1620.00 |
| 228. | 03/05/2018 | Research summary judgment standards for ADA and Title VII for Motion for Summary Judgment; Draft affidavit for Rick Miller | CDW | 4.50 | 972.00 |
| 229. | 03/06/2018 | Review affidavits for witnesses for potential changes | CDW | 1.30 | 280.80 |
| 230. | 03/09/2018 | Review motion for summary judgment and make revisions to motion and affidavits; review attachments and local rules regarding motions | CDW | 4.30 | 928.80 |
| 231. | 03/09/2018 | Work on revisions to Miller affidavit and attachments in support of Motion for Summary Judgment and communications with SECI rE: same | BK | 0.80 | 259.20 |
| 232. | 03/09/2018 | Revise Saunders affidavit and email with client re: same | BK | 0.20 | 64.80 |
| 233. | 03/12/2018 | Work on Motion for Summary Judgment revisions | BK | 0.30 | 97.20 |
| 234. | 03/14/2018 | Work on revisions to Motion for Summary Judgment | BK | 2.50 | 810.00 |
| 235. | 03/15/2018 | Extended call with David F. and Shayla M. re: Motion for Summary Judgment and finalize Motion for Summary Judgment for filing | BK | 1.00 | 324.00 |
| 236. | 03/15/2018 | Revisions to motion for summary judgment and prepare motion, exhibits and attachments for filing in accordance with all local rules regarding timing | CDW | 2.20 | 475.20 |
| 237. | 03/19/2018 | Correspondence with opposing counsel regarding motions and depositions | CDW | 0.10 | 21.60 |
| 238. | 03/19/2018 | Emails with client, with Dustin K., and with opposing counsel re: Motion for | BK | 0.50 | 162.00 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | Summary Judgment | | | |
| 239. | 03/20/2018 | Call with client and correspondence with opposing counsel regarding extensions | CDW | 0.20 | 43.20 |
| 240. | 03/21/2018 | Phone call with client and correspondence with opposing counsel regarding deadlines | CDW | 0.20 | 43.20 |
| 241. | 03/23/2018 | Correspondence with opposing counsel, review motion filed by opposing counsel, motion in response to extension of time request | CDW | 0.40 | 86.40 |
| 242. | 03/30/2018 | Review court order and scheduling order and correspondence to opposing counsel regarding undisputed material facts | CDW | 0.10 | 21.60 |
| 243. | 04/05/2018 | Review deposition transcripts of Steve Saunders, Rick Miller, Julian DeLeon, John Phillips and Rishi Maharaj | CDW | 3.20 | 691.20 |
| 244. | 04/10/2018 | Correspondence with opposing counsel regarding motion and correspondence with court reporter regarding depositions | CDW | 0.30 | 64.80 |
| 245. | 04/13/2018 | Correspondence with opposing counsel and update statement of undisputed facts for joint submission to the court | CDW | 1.00 | 216.00 |
| 246. | 04/15/2018 | Draft joint stipulated facts and correspondence with opposing counsel regarding the same | CDW | 0.30 | 64.80 |
| 247. | 04/18/2018 | Correspondence regarding deposition transcripts | CDW | 0.30 | 64.80 |
| 248. | 04/20/2018 | Correspondence with opposing counsel regarding joint statement of material facts | CDW | 0.40 | 86.40 |
| 249. | 04/20/2018 | Review email correspondence from opposing counsel re: undisputed statement of facts and discuss with C.W. | BK | 0.30 | 97.20 |
| 250. | 04/23/2018 | Review, revise and finalize joint statement of facts and file | CDW | 0.30 | 64.80 |
| 251. | 04/24/2018 | Review and analyze Plaintiff's response to MSJ and Plaintiff's declaration in support of response; Email to clients re: same | BK | 2.00 | 648.00 |
| 252. | 04/25/2018 | Review Plaintiff's statement of material facts and response in opposition to motion | CDW | 2.80 | 604.80 |

21

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | for summary judgment and outline rebuttal response | | | |
| 253. | 04/26/2018 | Phone conference with David F. and Shayla M. re: Plaintiff's response to MSJ | BK | 0.40 | 129.60 |
| 254. | 04/29/2018 | Review Plaintiff's Response in opposition to motion for summary judgment and make detailed comparisons between testimony cited in Plaintiff's motion and actual testimony from witnesses | CDW | 4.50 | 972.00 |
| 255. | 04/30/2018 | Analyze Plaintiff's Response in opposition to motion for summary judgment and make detailed comparisons between testimony cited in Plaintiff's motion and actual testimony from witnesses; Draft memo regarding the same; Research regarding inadmissibility of character evidence and use in motions for summary judgment | CDW | 8.50 | 1836.00 |
| 256. | 05/03/2018 | Work on Reply to Plaintiff's Response to MSJ | BK | 1.00 | 324.00 |
| 257. | 05/03/2018 | Call with opposing counsel regarding response; Discuss research requirements with BWK | CDW | 0.30 | 64.80 |
| 258. | 05/04/2018 | Research good faith defense for employers and irrelevancy of Plaintiff's subjective belief regarding performance | CDW | 1.20 | 259.20 |
| 259. | 05/05/2018 | Review deposition transcripts for all witnesses and analyze in comparison to allegations from the Plaintiff in her reply and accompanying declaration for us in responses to Plaintiff's reply | CDW | 3.60 | 777.60 |
| 260. | 05/07/2018 | Work on Reply re: MSJ | BK | 2.00 | 648.00 |
| 261. | 05/07/2018 | Research regarding response to Plaintiff's reply to motion for summary judgment, draft response | CDW | 3.10 | 669.60 |
| 262. | 05/08/2018 | Draft and revise response to Plaintiff's reply to motion for summary judgment including arguments regarding improper record cites by the Plaintiff | CDW | 7.50 | 1620.00 |
| 263. | 05/09/2018 | Research impeachment evidence for prior bad acts, character purposes, prior arrests, | CDW | 3.10 | 669.60 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|-----|------|-----------|----------|-------|------|
| | | and use of alcohol for motion to strike portions of Plaintiff's response | | | |
| 264. | 05/09/2018 | Review and revise Reply to Plaintiff's summary judgment response | BK | 4.00 | 1296.00 |
| 265. | 05/10/2018 | Work on motion to strike | BK | 2.00 | 648.00 |
| 266. | 05/10/2018 | Research case law regarding irrelevant and immaterial allegations in motion for summary judgment responses; Draft objections in lieu of motion to strike items in motion for summary judgment response and plaintiff's declaration | CDW | 8.70 | 1879.20 |
| 267. | 05/11/2018 | Review and revise Objections to Plaintiff's SJ evidence and arguments; Phone conference with Maritza D. re: same | BK | 2.00 | 648.00 |
| 268. | 05/14/2018 | Review and revise Reply to Plaintiff's SJ response | BK | 2.00 | 648.00 |
| 269. | 05/14/2018 | Update response and objections with client changes; Correspondence with client regarding filings | CDW | 0.70 | 151.20 |
| 270. | 06/20/2018 | Correspondence with opposing counsel regarding upcoming pretrial conference | CDW | 0.10 | 21.60 |
| 271. | 06/26/2018 | Prepare for pretrial conference meeting with opposing counsel and begin preparing exhibit list | CDW | 0.80 | 172.80 |
| 272. | 06/30/2018 | Review client documents and Plaintiff production and begin preparation of exhibit list for pretrial statement | CDW | 2.70 | 583.20 |
| 273. | 07/02/2018 | Review deposition transcripts and exhibits and prepare exhibit list for trial and witness list for pretrial report | CDW | 3.50 | 756.00 |
| 274. | 07/05/2018 | Compile trial exhibits from case documents | CDW | 6.20 | 1339.20 |
| 275. | 07/06/2018 | Prepare jury instructions and pretrial report in anticipation of trial | CDW | 2.00 | 432.00 |
| 276. | 07/06/2018 | Work on Pretrial Statement with C.W. Pre-Trial Pleadings and Motions | BK | 0.80 | 259.20 |
| 277. | 07/07/2018 | Revise jury instructions and draft joint pretrial stipulation including witness list, | CDW | 3.30 | 712.80 |

23

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | joint stipulated facts, exhibit list and remaining contested issues of law and fact | | | |
| 278. | 07/08/2018 | Review and revise joint pretrial stipulation report | CDW | 1.50 | 324.00 |
| 279. | 07/09/2018 | Draft and revise joint trial reports, jury instructions, exhibit list, witness list and joint verdict form | CDW | 5.80 | 1252.80 |
| 280. | 07/10/2018 | Draft and revise pretrial materials including witness list, exhibit list and joint pretrial statement | CDW | 2.30 | 496.80 |
| 281. | 07/10/2018 | Discussion of pretrial statement and pretrial preparation with David Ferrentino and Shayla McNeill and discussion of possible OJ | BK | 0.50 | 162.00 |
| 282. | 07/10/2018 | Work on Joint Pretrial Statement with C.W. | BK | 1.00 | 324.00 |
| 283. | 07/16/2018 | Review and revise pretrial materials for meeting with opposing counsel; pre-trial meeting with opposing counsel in accordance with CMSO | CDW | 4.80 | 1036.80 |
| 284. | 07/16/2018 | Revise proposed jury instructions, verdict form, and joint pretrial stipulation and discuss with C.W. | BK | 2.00 | 648.00 |
| 285. | 07/16/2018 | Review case law on applicability of Florida state statute on Offer of Judgment in federal court | BK | 1.00 | 324.00 |
| 286. | 07/16/2018 | Prepare Draft Proposal for Settlement/OJ and email with David Ferrentino re: same | BK | 0.70 | 226.80 |
| 287. | 07/16/2018 | Phone conference with David and Shayla re: possible OJ and follow-up email re: same; Phone conference with AIG's Keith Zinsley re: same | BK | 1.00 | 324.00 |
| 288. | 07/17/2018 | Emails with client re: offer of judgment | BK | 0.20 | 64.80 |
| 289. | 07/18/2018 | Review, revise and compile exhibits for exhibit list | CDW | 2.70 | 583.20 |
| 290. | 07/19/2018 | Revise Proposal for Settlement and discussion with C.W. re: AIG approval | BK | 0.20 | 64.80 |

24

| No. | Date | Narrative | Attorney | Hours | Cost |
|-----|------|-----------|----------|-------|------|
| 291. | 07/20/2018 | Review and revise exhibit list and compiled exhibits for trial | CDW | 5.70 | 1231.20 |
| 292. | 07/20/2018 | Review documents and prepare trial exhibits | BK | 3.00 | 972.00 |
| 293. | 07/23/2018 | Review Plaintiff's exhibit list and work on objections to same with C.W. | BK | 1.00 | 324.00 |
| 294. | 07/23/2018 | Work on exhibits for trial | BK | 1.00 | 324.00 |
| 295. | 07/24/2018 | Correspondence with client and opposing counsel regarding joint pretrial reports | CDW | 0.30 | 64.80 |
| 296. | 07/24/2018 | Review and finalize trial exhibits | CDW | 0.50 | 108.00 |
| 297. | 07/25/2018 | Draft objections to Plaintiff's exhibit list | CDW | 0.40 | 86.40 |
| 298. | 07/25/2018 | Revise objections to trial exhibits; Discuss demonstrative aid strategy with BWK; correspondence with opposing counsel regarding joint pretrial statement and updates regarding same | CDW | 1.90 | 410.40 |
| 299. | 07/25/2018 | Email correspondence with SECI re: mainframe vs. server evidence and discuss with C.W. | BK | 0.60 | 194.40 |
| 300. | 07/25/2018 | Objections to Plaintiff's exhibits | BK | 0.50 | 162.00 |
| 301. | 07/26/2018 | Updates to joint pretrial statement following conferring with opposing counsel; updates to exhibit lists and exhibit list objections; correspondence with opposing counsel regarding changes to pretrial filings and joint jury instructions; research regarding jury instruction on hostile work environment claims | CDW | 5.10 | 1101.60 |
| 302. | 07/29/2018 | Draft motions in limine regarding Miller's drinking habits, Phillips' medical conditions, and new harassment claims made by opposing counsel | CDW | 5.20 | 1123.20 |
| 303. | 07/30/2018 | Draft motions in limine regarding irrelevant evidence to preclude including Phillips, Maharaj and Miller behavior | CDW | 3.20 | 691.20 |

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| 304. | 07/31/2018 | Correspondence with opposing counsel regarding conferring on motions in limine | CDW | 0.20 | 43.20 |
| 305. | 07/31/2018 | Draft and revise motions in limine regarding Miller, Phillips, Maharaj, harassment claims and cursing | CDW | 6.20 | 1339.20 |
| 306. | 08/01/2018 | Telephone conference with David Ferrentino and Shayla McNeill re: Kelly Faircloth; research re: attorney-client privilege for former employees | BK | 2.00 | 648.00 |
| 307. | 08/02/2018 | Review Plaintiff's Motion in Limine re: Plaintiff's sexual jokes | BK | 0.30 | 97.20 |
| 308. | 08/02/2018 | Review and revise Defendants' Motions in Limine | BK | 1.50 | 486.00 |
| 309. | 08/02/2018 | Meeting with BWK regarding opposing counsel contacting SECI former employees, additional motion in limine and trial strategy, correspondence with client regarding motions in limine | CDW | 0.40 | 86.40 |
| 310. | 08/02/2018 | Review and revise motions in limine, correspondence with client regarding same, review motion in limine filed by opposing counsel | CDW | 3.50 | 756.00 |
| 311. | 08/03/2018 | Discuss attorney privilege concerns with BWK and correspondence with client regarding same | CDW | 0.20 | 43.20 |
| 312. | 08/05/2018 | Research Rule 412 and application to sexual harassment cases for response to motion in limine | CDW | 0.50 | 108.00 |
| 313. | 08/06/2018 | Research responses to Rule 412 argument and draft response to Plaintiff's motion in limine regarding off color joke emails | CDW | 3.70 | 799.20 |
| 314. | 08/08/2018 | Call with SECI regarding Kelly Faircloth issue and potential options for responses | CDW | 0.40 | 86.40 |
| 315. | 08/08/2018 | Review and revise response to motion in limine | CDW | 1.00 | 216.00 |
| 316. | 08/08/2018 | Phone conference with David Ferrentino, Shayla McNeill, and C.W. re: Usman's communications with Faircloth | BK | 0.40 | 129.60 |
| 317. | 08/09/2018 | Review and revise final draft of motion in limine regarding Plaintiff's emails and | CDW | 3.90 | 842.40 |

26

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | Rule 412 | | | |
| 318. | 08/10/2018 | Review revise and finalize motion in limine response for filing | CDW | 0.90 | 194.40 |
| 319. | 08/13/2018 | Discuss jury consultant issue and subpoenas for trial with BWK | CDW | 0.30 | 64.80 |
| 320. | 08/13/2018 | Phone conference with David Ferrentino re: jury consultant and subpoenas | BK | 0.50 | 162.00 |
| 321. | 08/13/2018 | Email correspondence with David Ferrentino re: subpoena issues | BK | 0.30 | 97.20 |
| 322. | 08/14/2018 | Review Plaintiff's responses to motions in limine and correspondence with client regarding same | CDW | 0.30 | 64.80 |
| 323. | 08/14/2018 | Call with Harvey Moore & Associates regarding potential jury consultations | CDW | 0.10 | 21.60 |
| 324. | 08/15/2018 | Prepare trial notebook outlines and review exhibit books for outlining witness preparation for trial | CDW | 1.50 | 324.00 |
| 325. | 08/16/2018 | Review subpoenas for trial and trial binder preparations | CDW | 1.00 | 216.00 |
| 326. | 08/17/2018 | Calls with jury consultants regarding fees and services; Call with Dwayne Denny regarding expert testimony and preparation; Prepare subpoenas and trial binders | CDW | 3.10 | 669.60 |
| 327. | 08/20/2018 | Review trial exhibits and pleadings and prepare outlines for witnesses for trial | CDW | 2.50 | 540.00 |
| 328. | 08/21/2018 | Prepare trial notebooks and witness outlines for upcoming witness meetings; Call with expert regarding potential testimony and call with jury consultant regarding fees and circumstances of the case | CDW | 4.10 | 885.60 |
| 329. | 08/22/2018 | Prepare trial binders for witnesses and trial, prepare trial notebooks and witness outlines | CDW | 3.80 | 820.80 |
| 330. | 08/23/2018 | Call with Thomas Pennington regarding trial consultation services; Call with Michael Boucher regarding witness | CDW | 0.70 | 151.20 |

27

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | preparation; Correspondence regarding same | | | |
| 331. | 08/23/2018 | Phone conference with C.W. and Thomas Pennington re: case status and jury consultant issue | BK | 0.30 | 97.20 |
| 332. | 08/23/2018 | Work on witness outlines and case presentation strategies | BK | 0.50 | 162.00 |
| 333. | 08/24/2018 | Work on preparation of witness outlines | BK | 2.00 | 648.00 |
| 334. | 08/24/2018 | Prepare documents, outlines, notebooks and questions for trial and witness preparation in anticipation of trial | CDW | 7.20 | 1555.20 |
| 335. | 08/25/2018 | Review and analyze plaintiff's and defendant's exhibits in preparation for trial | CDW | 4.10 | 885.60 |
| 336. | 08/26/2018 | Prepare documents, outlines, notebooks and questions for trial and witness preparation in anticipation of trial | CDW | 7.50 | 1620.00 |
| 337. | 08/27/2018 | Prepare witness outlines, witness exhibits, trial outlines and trial notebooks for upcoming witness interviews and trial; Calls with court regarding proceeding to trial and pretrial procedures | CDW | 7.50 | 1620.00 |
| 338. | 08/27/2018 | Work on witness outlines | BK | 4.00 | 1296.00 |
| 339. | 08/28/2018 | Meet with witnesses (Miller, Valles, Saunders, Phillips, Maharaj), client, and jury consultant to prepare for trial | BK | 7.50 | 2430.00 |
| 340. | 08/28/2018 | Meet with witnesses and jury consultant to review documents and testimony in preparation for trial | CDW | 8.00 | 1728.00 |
| 341. | 08/29/2018 | Travel and meet with witnesses regarding trial preparations | CDW | 3.50 | 756.00 |
| 342. | 08/29/2018 | Meet with witnesses for trial preparation (Will Simmons, Will Barfield, Mike Estevens) and meet with David F. and Shayla M. re: trial strategy | BK | 3.50 | 1134.00 |
| 343. | 08/30/2018 | Meet with Expert Witness Dwayne Denny for trial preparation; Meet with jury consultant Mike Boucher to develop themes; work on witness preparation | BK | 6.00 | 1944.00 |

SPDN-868764429-2254248

| No. | Date | Narrative | Attorney | Hours | Cost |
|---|---|---|---|---|---|
| | | outlines for trial; Review order of continuance and discuss with client | | | |
| 344. | 08/30/2018 | Meeting with Dwayne Denny regarding expert testimony; Prepare trial outlines; Meeting with Michael Boucher regarding jury concerns and witness concerns | CDW | 6.30 | 1360.80 |
| 345. | 08/31/2018 | Meeting at courthouse to review potential technological issues for trial; Review deposition of Dr. Rausch for potential cross questions | CDW | 2.50 | 540.00 |
| 346. | 08/31/2018 | Meet with Judge Assistant and review courtroom technology and exhibit requirements for trial | BK | 1.00 | 324.00 |
| | **TOTAL** | | | | **$145,472.60** |

I HEREBY CERTIFY that I have read the foregoing affidavit and swear that the statements herein are true and accurate.

Brian Koji

STATE OF FLORIDA )
)
COUNTY OF HILLSBOROUGH )

Subscribed and sworn to before me on September 20, 2018 by Brian Koji, who is personally known to me or who produced _____ as identification and who did take an oath.

DAVID J. STEFANY
Notary Public  State of Florida
Commission # FF 9 '819
My Comm. Expires Jul 20, 202:
Bonded through National Notary Asso.
(seal or stamp)

NOTARY PUBLIC, State of Florida

29